## Commonwealth *v.* Augustine, Appellant.

Argued September 11, 1969. *Charles J. Hair,* Assistant Public Defender, for appellant; *Wardell F. Steigerwalt,* Assistant District Attorney, with him *George J. Joseph,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Barr, Appellant.

Submitted September 8, 1969. *John B. Stevens, Jr.,* Public Defender, for appellant; *Arthur Ed. Saylor,* First Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Bell, Appellant.

Submitted September 8, 1969. *Malcolm J. Gross,* Assistant Public Defender, for appellant; *Wardell F. Steigerwalt,* Assistant District Attorney, and *George J. Joseph,* District Attorney, for Commonwealth, appellee.

Order affirmed.